# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Marie Antionette Guzman, as Administrator of the Wrongful Death Estates of Raymond Guzman and Mary Guzman,

    Plaintiff(s),

vs.

The Pep Boys Manny Moe & Jack; Cooper Tire & Rubber Company; General Motors Company, LLC; et al.

    Defendant(s).

Case # 2:17-cv-00386-APG-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __Troy L. Vancil__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__Norton Rose Fulbright US LLP__
(firm name)

with offices at __300 Convent, Suite 2100__,
(street address)

__San Antonio__, __Texas__, __78205__,
(city) (state) (zip code)

__(210) 270-7160__, __troy.vancil@nortonrosefulbright.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Cooper Tire & Rubber Company__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/01/1996 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Western District of Texas | 02/11/1997 | 21695 |
| USDC Southern District of Texas | 01/21/1998 | |
| USDC Northern District of Texas | 06/22/2004 | |
| Supreme Court of the State of Utah | 05/20/2006 | 11022 |
| Supreme Court of Arizona | 10/26/2006 | 024793 |
| USDC for the State of Arizona | 09/21/2009 | |
| USDC District of Utah | 09/01/2006 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

San Antonio Bar Association
Texas Bar Association
Arizona Bar Association
Utah Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 01/06/2016 | CV-14-11869 | 11th Judicial District Court | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Texas____ )
COUNTY OF ____Bexar____ )

____Troy L. Vancil____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18th__ day of __April__, __2017__.

_____
Notary Public or Clerk of Court

SONIA SAMORA
Notary Public, State of Texas
My Comm. Exp. 5-22-2018
ID No. 00234263-7

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __J Christopher Jorgensen__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3993 Howard Hughes Pkwy., Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)                 (state)              (zip code)

____702-949-8200____, ____cjorgensen@lrrc.com____.
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____J Christopher Jorgensen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Nicole Schwieterman_
(party's signature)

Nicole K. Schwieterman, Corporate Counsel
(type or print party name, title) Cooper Tire & Rubber Co.

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5382                cjorgensen@lrrc.com
Bar number          Email address

APPROVED:

Dated: this __20th__ day of __April__, 20_17_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 03, 2017


Re: Mr. Troy Layne Vancil, State Bar Number 00797591

To Whom It May Concern:

This is to certify that Mr. Troy Layne Vancil was licensed to practice law in Texas on November 01, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Linda A. Acevedo
Chief Disciplinary Counsel
LA/web



# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, Utah 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

**John C. Baldwin**
Executive Director

**Board of Bar Commissioners**

**Robert O. Rice**
President
Ray Quinney & Nebeker
Salt Lake City

**John R. Lund**
President-elect
Parsons Behle & Latimer
Salt Lake City

**S. Grace Acosta**
Scalley Reading Bates Hansen & Rasmussen
Salt Lake City

**John W. Bradley**
Utah Attorney General's Office
Ogden

**Steven R. Burt, AIA**
Public Member
Entelen Design Build
Salt Lake City

**H. Dickson Burton**
TraskBritt
Salt Lake City

**Kate A. Conyers**
Salt Lake Legal Defenders Assoc.
Salt Lake City

**Heather M. Farnsworth**
Match & Farnsworth
Salt Lake City

**Mary Kay Griffin, CPA**
Public Member
Mayer Hoffman McCann
Salt Lake City

**Liisa A. Hancock**
Jeffs & Jeffs
Provo

**Michelle Mumford**
Attorney at Law
Salt Lake City

**Herm Olsen**
Hillyard Anderson & Olsen
Logan

**Cara M. Tangaro**
Tangaro Law Firm
Salt Lake City

**Heather L. Thuet**
Christensen & Jensen
Salt Lake City

**Kristin K. Woods**
Barney McKenna & Olmstead
St. George

April 4, 2017

To Whom It May Concern:

Re: **CERTIFICATE OF GOOD STANDING for TROY LAYNE VANCIL**

This is to certify that **TROY LAYNE VANCIL**, Utah State Bar **No. 11022**, sat for and successfully passed the Utah State Bar examination and was admitted to practice law in Utah on **May 20, 2006.**

**Mr. Vancil** is currently an **ACTIVE** member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

*Elizabeth A. Wright*

Elizabeth A. Wright
General Counsel
Utah State Bar

*Serving the public. Working for justice.*

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **TROY LAYNE VANCIL** admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 26, 2006 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

    Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this April 12, 2017.

*[signature]*

Amanda McQueen
Disciplinary Clerk