# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIE ANTIONETTE GUZMAN, as Administrator of the Wrongful Death Estates of RAYMOND GUZMAN and MAY GUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE PEP BOYS MANNY MOE AND JACK OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-00386-APG-GWF<br><br>**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>(ECF No. 26) |

Defendant Pep Boys Manny Moe and Jack of California move for an order finding that its settlement with the plaintiff was made in good faith under Nevada Revised Statute § 17.245. ECF No. 26. No opposition has been filed; therefore, I may presume the other parties consent to the granting of the motion. *See* Local Rule 7-2(d). Moreover, good cause supports granting the motion pursuant to the factors set forth in *In re MGM Grand Hotel Fire Litig.*, 570 F. Supp. 913, 927 (D. Nev. 1983) ("Factors to be considered by the Court in assessing whether a settlement is in good faith [are] the amount paid in settlement, the allocation of the settlement proceeds among plaintiffs, the insurance policy limits of settling defendants, the financial condition of settling defendants, and the existence of collusion, fraud or tortious conduct aimed to injure the interests of non-settling defendants."). I find the parties reached their settlement in good faith and defendant Pep Boys is entitled to the protections of Nevada Revised Statute § 17.245.

IT IS THEREFORE ORDERED that the motion for good faith settlement **(ECF NO. 26)** **is GRANTED**.

DATED this 20TH day of October, 2017.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE