|   | UNITED STATES DISTRICT COURT |
|---|---|
|   | DISTRICT OF NEVADA |

MARIE ANTIONETTE GUZMAN, as Administrator of the Wrongful Death Estates of RAYMOND GUZMAN and MARY GUZMAN,

    Plaintiff,

vs.

THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA, a Pennsylvania corporation; COOPER TIRE & RUBBER COMPANY, a Delaware corporation; GENERAL MOTORS COMPANY, LLC., a Delaware corporation; ROE COMPONENT PART MANUFACTURER; ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO. 2:17-cv-00386-APG-GWF

[PROPOSED] ORDER

This matter came before the Court upon General Motors LLC's ("GM LLC") motion to compel the plaintiff to provide responses to interrogatories and requests for production propounded by GM LLC. GM LLC has apprised the Court that after GM LLC filed the motion, the plaintiff provided responses to interrogatories and requests for production. GM LLC further informs the Court that it will file a separate motion to compel to address any issues with the responses.

It is therefore ORDERED that GM LLC's motion to compel is DENIED AS MOOT.

                                                       /s/ George Foley Jr.

                                      UNITED STATES MAGISTRATE JUDGE

                                          DATED: 11/07/2017