1   CURTIS J. BUSBY, ESQ.
    Nevada Bar No. 6581
2   **BOWMAN AND BROOKE LLP**
    2901 North Central Avenue, Suite 1600
3   Phoenix, Arizona 85012
    Tel: (602) 643-2300
4   Fax: (602) 248-0947
    curtis.busby@bowmanandbrooke.com
5
    CHRISTOPHER C. SPENCER, ESQ.
6   Admitted *Pro Hac Vice*
    **SPENCER SHUFORD LLP**
7   6806 Paragon Place, Suite 200
    Richmond, Virginia 23230
8   Tel: (804) 285-5200
    Fax: (804) 285-5210
9   cspencer@spencershuford.com

10  Attorneys for Defendant General Motors LLC

11                  **UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF NEVADA**

13  MARIE ANTIONETTE GUZMAN, as,          ) Case No. 2:17-cv-00386-APG-GWF
    Administrator of the Wrongful Death Estate )
14  of RAYMOND GUZMAN and MARY            )
    GUZMAN,                                )
15                                         ) **STIPULATION AND ORDER FOR**
                Plaintiff,                 ) **DISMISSAL WITH PREJUDICE**
16                                         )
    v.                                     )
17                                         )
    THE PEP BOYS MANNY MOE & JACK,        )
18  Pennsylvania corporation; COOPER TIRE & )
    RUBBER COMPANY, a Delaware            )
19  corporation; GENERAL MOTORS           )
    COMPANY, LLC, a Delaware corporation; )
20  ORE COMPONENT PART                     )
    MANUFACTURER; ROE                      )
21  CORPORATIONS I through X, inclusive,   )
                                           )
22              Defendants.                )
                                           )
23  ─────────────────────────────────────

24          IT IS HEREBY STIPULATED by and between PLAINTIFF MARIE ANTIONETTE

25  GUZMAN, in her personal capacity and as Administrator of the Wrongful Death Estates of

26  RAYMOND GUZMAN and MARY GUZMAN and DEFENDANT COOPER TIRE &

27  RUBBER COMPANY and DEFENDANT GENERAL MOTORS LLC, incorrectly identified

28  as "General Motors Company LLC," pursuant to Fed. R. Civ. P. 41, that the plaintiff's claims,

18803878v1

1  actions and causes of action asserted against the defendants be, and the same are, hereby

2  dismissed in their entirety with prejudice, with each party to bear its own attorney's fees and

3  costs.

4  IT IS FURTHER STIPULATED that this stipulation operates as a final Order of

5  Dismissal, and the Court waives any requirement of entry of a separate judgment or order.

6  IT IS SO ORDERED.

7  _____

   United States District Court Judge

8

9  STIPULATED:

10

11 /s/David J. Martin (with permission)
   David J. Martin, Esq.

12 RICHARD HARRIS LAW FIRM
   801 South Fourth Street

13 Las Vegas, Nevada 89101

14 *Attorney for Plaintiff*

15

16 /s/J. Christopher Jorgensen (with permission)
   J. Christopher Jorgensen, Esq.

17 LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Parkway, Suite 600

18 Las Vegas, Nevada 89169

19 *And*

20 Troy L. Vancil, Esq.
   Admitted *Pro Hac Vice*

21 NORTON ROSE FULBRIGHT
   300 Convent Street, Suite 2100

22 San Antonio, TX 78205

23 *Attorneys for Cooper Tire & Rubber Company*

24

25 /s/Curtis J. Busby
   Curtis J. Busby, Esq.

26 Nevada Bar No. 6581
   BOWMAN AND BROOKE LLP

27 2901 North Central Avenue, Suite 1600
   Phoenix, Arizona 85012

28

*And*

Christopher C. Spencer, Esq.
Admitted *Pro Hac Vice*
SPENCER SHUFORD LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230

*Attorneys for General Motors LLC*