CURTIS J. BUSBY, ESQ.
Nevada Bar No. 6581
**BOWMAN AND BROOKE LLP**
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Tel: (602) 643-2300
Fax: (602) 248-0947
curtis.busby@bowmanandbrooke.com

CHRISTOPHER C. SPENCER, ESQ.
Admitted *Pro Hac Vice*
**SPENCER SHUFORD LLP**
6806 Paragon Place, Suite 200
Richmond, Virginia 23230
Tel: (804) 285-5200
Fax: (804) 285-5210
cspencer@spencershuford.com

Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIE ANTIONETTE GUZMAN, as, Administrator of the Wrongful Death Estate of RAYMOND GUZMAN and MARY GUZMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PEP BOYS MANNY MOE & JACK, Pennsylvania corporation; COOPER TIRE & RUBBER COMPANY, a Delaware corporation; GENERAL MOTORS COMPANY, LLC, a Delaware corporation; ORE COMPONENT PART MANUFACTURER; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00386-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between PLAINTIFF MARIE ANTIONETTE GUZMAN, in her personal capacity and as Administrator of the Wrongful Death Estates of RAYMOND GUZMAN and MARY GUZMAN and DEFENDANT COOPER TIRE & RUBBER COMPANY and DEFENDANT GENERAL MOTORS LLC, incorrectly identified as "General Motors Company LLC," pursuant to Fed. R. Civ. P. 41, that the plaintiff's claims,

18803878v1

actions and causes of action asserted against the defendants be, and the same are, hereby dismissed in their entirety with prejudice, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED that this stipulation operates as a final Order of Dismissal, and the Court waives any requirement of entry of a separate judgment or order.

IT IS SO ORDERED.

_____
United States District Court Judge
Dated: February 9, 2018.

STIPULATED:

/s/David J. Martin (with permission)
David J. Martin, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

/s/J. Christopher Jorgensen (with permission)
J. Christopher Jorgensen, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*And*

Troy L. Vancil, Esq.
Admitted *Pro Hac Vice*
NORTON ROSE FULBRIGHT
300 Convent Street, Suite 2100
San Antonio, TX 78205

*Attorneys for Cooper Tire & Rubber Company*

/s/Curtis J. Busby
Curtis J. Busby, Esq.
Nevada Bar No. 6581
BOWMAN AND BROOKE LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona 85012

*And*

Christopher C. Spencer, Esq.
Admitted *Pro Hac Vice*
SPENCER SHUFORD LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230

*Attorneys for General Motors LLC*